Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
OLIVIA VALDEZ RODRIGUEZ

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VALDEZ RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> SYNCHRONY BANK <br><br> Defendant(s), | Case No.: 3:23-cv-00076-GPC-BGS <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br><br> Hon. Magistrate Bernard G. Skomal |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff OLIVIA VALDEZ RODRIGUEZ ("Plaintiff") and SYNCHRONY BANK, ("Defendant") (collectively as "Parties") have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

　　　Plaintiff intends to file a request for dismissal with prejudice as to all

Defendants within sixty (60) days or less. In light of the settlement, the Parties respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: March 13, 2023,    By:    *s/ Ahren A. Tiller*
                                   ahren.tiller@blc-sd.com

                                   Ahren A. Tiller
                                   BLC Law Center, APC
                                   Attorneys for Plaintiff


Dated: March 13, 2023,    By:    *s/ Steven Warner*
                                   swarner@reedsmith.com

                                   Steven Warner
                                   Reed Smith LLP
                                   Attorneys for Defendant

## SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: March 13, 2023,     By:    BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
Attorney for Plaintiff

**PROOF OF SERVICE**

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On March 13, 2023, I served the following documents:

☒ JOINT NOTICE OF SETTLEMENT

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

Steven Warner – swarner@reedsmith.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 13, 2023              By:   BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
Attorney for Plaintiff

- 4 -
*Notice of Settlement*