Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
STEVEN P. WARNER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA VALDEZ RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> SYNCHRONY BANK <br><br> Defendant(s), | Case No.: 3:23-cv-00076-GPC-BGS <br><br> **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br><br> Hon. Gonzalo P. Curiel |

### JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff OLIVIA VALDEZ RODRIGUEZ ("Plaintiff"), and Defendant SYNCHRONY BANK, ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, the Parties stipulate that the entire action, including all claims, are hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move to the Court to dismiss this entire action with prejudice, with each Party to bear their own fees and costs.

Dated: May 4, 2023              By:     BLC Law Center, APC

                                        *s/ Ahren A. Tiller*
                                        ahren.tiller@blc-sd.com

                                        Ahren A. Tiller
                                        Attorney for Plaintiff

Dated: May 4, 2023              By:     Reed Smith LLP

                                        *s/ Steven P. Warner*

                                        swarner@reedsmith.com
                                        Steven P. Warner
                                        Attorney for Defendant

## SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: May 4, 2023                    By:    BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
Attorney for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On May 4, 2023, I served the following documents:

☒ JOINT MOTION FOR DISMISSAL

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

Steven P. Warner – swarner@reedsmith.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 4, 2023          By:   BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
Attorney for Plaintiff

- 4 -
*Joint Motion to Dismiss*